# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM SCHULZ,

    Plaintiff,

v.

CCDC MEDICAL STAFF,

    Defendant.

Case No. 2:14-cv-1245-JAD-VCF

**Order**

## I. DISCUSSION

On July 29, 2014, Plaintiff, a prisoner in the custody of the Clark County Detention Center, submitted a complaint to the Clerk of the Court. (Doc. 1). Upon receipt of this complaint, the Clerk of the Court opened this case and assigned case number 2:14-cv-1245-JAD-VCF.

The Court has reviewed Plaintiff's initiating complaint and exhibits and finds that this complaint should have been filed in *Schulz v. CCDC Administration*, 2:14-cv-876-APG-NJK, as an amended complaint. Plaintiff has attached Judge Gordon's order in the other case to the present complaint. (Doc. 1 at 14). That order directs Plaintiff to file an amended complaint on or before August 11, 2014, in Judge Gordon's case. (*Id.* at 23). This Court finds that this case, 2:14-cv-1245-JAD-VCF, has been mistakenly opened pursuant to a document that should have been filed in another case. The Court now directs the Clerk of the Court to administratively close this case and re-file Plaintiff's complaint as an amended complaint in case 2:14-cv-876-APG-NJK.

## II. CONCLUSION

For the foregoing reasons,

**IT IS ORDERED** that the Clerk of the Court shall re-file Plaintiff's complaint (Doc. 1) as an amended complaint in case number 2:14-cv-876-APG-NJK.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall administratively close the present case, 2:14-cv-1245-JAD-VCF.

Dated: July 31, 2014.

_____
Jennifer Dorsey
United States District Judge